UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0067 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| VICTOR GUADALUPE FARIAS, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on March 8, 2011.  With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 8, 2011 to March 22, 2011, in light of the need for the defense to review and consider a plea offer.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. VICTOR GUADALUPE FARIAS, CR 11-0067                                                                               1

account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 8, 2011 to March 22, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 8, 2011 to March 22, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: March 14, 2011           /s/
                PATRICIA SPALETTA
                Special Assistant United States Attorney

DATED: March 14, 2011           /s/
                LOREN STEWART
                Assistant Federal Public Defender

SO ORDERED.

DATED: March 17, 2011.

                THE HON. WILLIAM H. ALSUP
                United States District Judge